**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jasper KNABB, Defendant–Appellant.**

No. 12–10325.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2013.*

Filed Dec. 30, 2013.

Owen Peter Martikan, Assistant U.S., Barbara Valliere, Assistant U.S., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Renee Paradis, ACLU Reproductive Freedom Project, New York, NY, for Defendant–Appellant.

Jasper Knabb, San Pedro, CA, pro se.

Before: GOODWIN, WALLACE, and GRABER, Circuit Judges.

MEMORANDUM **

Jasper Knabb appeals from the district court's judgment and challenges his guilty-plea conviction and 253–month sentence for conspiracy to commit securities fraud, in violation of 18 U.S.C. § 1349; securities fraud, in violation of 18 U.S.C. § 1348; and falsifying books, records, and accounts, in violation of 15 U.S.C. §§ 78m(b)(2)(A), 78m(b)(5), and 78ff. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Knabb's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Knabb has filed pro se supplemental briefs, and the government has filed an answering brief.

Knabb has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

We decline to address Knabb's claim of ineffective assistance of counsel on direct appeal as the record is insufficiently developed and counsel's legal representation was not so inadequate that it can be concluded at this point that Knabb obviously was denied his Sixth Amendment right to counsel. *See United States v. McKenna,* 327 F.3d 830, 845 (9th Cir.2003) ("Claims of ineffective assistance of counsel are generally inappropriate on direct appeal.").

Counsel's motion to withdraw is **GRANTED.**

Knabb's pro se motion to file physical exhibits is **GRANTED.** The Clerk shall file the physical exhibits received on July 24, 2013.

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.